**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>ADPT DFW Holdings LLC,<br><div align="right">Reorganized Debtor.</div> | Chapter 11<br><br>Case No. 17-31432-SGJ-11 |
| Drivetrain, LLC, as Litigation Trustee<br>of the Adeptus Litigation Trust,<br><div align="right">Plaintiff,</div><br>vs.<br><br>Austin Welder & Generator Service, Inc. dba<br>Austin Generator Service,<br><div align="right">Defendant.</div> | Adv. No. 19-03049 |

<u>**STIPULATION AND ORDER OF DISMISSAL**</u>

Drivetrain, LLC, as Litigation Trustee of the Adeptus Litigation Trust (the "Trustee"),

and Austin Welder & Generator Service, Inc. dba Austin Generator Service, the above-captioned

Defendant (the "Defendant", and together with the Trustee, the "Parties"), by and through their

respective counsel, hereby stipulate and agree as follows, and based upon such stipulation, THE

COURT HEREBY FINDS THAT:

<u>**AGREED STIPULATION AND ORDER**</u> **– Page 1**

WHEREAS, on April 16, 2019, the Trustee filed a complaint (the "Complaint") commencing the above-captioned adversary proceeding (the "Adversary Proceeding") against Defendant seeking to recover $178,905.37 from Defendant pursuant to Sections 547, 548, 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502; and

WHEREAS, on May 13, 2019, the Defendant filed an answer (the "Answer") to the Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties:

1. The Adversary Proceeding be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

### END OF ORDER ###

**AGREED AS TO FORM:**
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
Eagan, MN 55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

By:*/s/ Kara E. Casteel*
　　Kara E. Casteel
　　*(Admitted Pro Hac Vice)*

*-and-*

**REED & ELMQUIST, P.C.**
501 N. College Street
Waxahachie, TX 75165
Telephone: (972) 938-7339
Email: delmquist@bcylawyers.com

By:*/s/ David W. Elmquist*
　　David W. Elmquist – SBT #06591300

*Counsel for Drivetrain, LLC, Litigation*
*Trustee of the Adeptus Litigation Trust*

*-and-*

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
Telephone: (214) 672-2126
Email: bsiegel@cowlesthompson.com

By:*/s/ William L. Siegel*
    William L. Siegel

*Counsel for Defendant, Austin Welder*
*& Generator Service, Inc. dba Austin*
*Generator Service*